NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-10-0000007**
**17-OCT-2014**
**10:31 AM**

CAAP-10-0000007

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ROBERT G. BABSON, JR.,
ANN C. BABSON, JOY BRANN, PAULA BROCK, and
DANIEL GRANTHAM, Plaintiffs-Appellees,
v.
SCOTT T. NAGO, Chief Elections Officer,
State of Hawai'i; and STATE OF HAWAI'I,
Defendants-Appellants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 08-1-0378(3))

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Memorandum Opinion, filed on September 17, 2014, is hereby corrected as follows:

1. On page 8, in the ninth line from the bottom of the page, the word "is" should be replaced with the word "are" so that as corrected, the text reads: ". . . the merits of the underlying dispute are moot, . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, October 17, 2014.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Fujise and Leonard, JJ.